[Belknap, December, 1879.]

## PERLEY v. B. C. & M. R. R.

*Pike & Parsons* and *Copeland*, for the plaintiff.

*Mugridge*, *Whipple*, *Jewell*, and *Barnard & Barnard*, for the defendants.

DOE, C. J.    The plaintiff does not attempt to sustain any of his exceptions ; and we see no cause for a new trial.

*Judgment for the defendants.*

BINGHAM, SMITH, and CLARK, JJ., did not sit : the others concurred.